IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROXANNE JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-443-JDK |
| CREDIT SYSTEMS INTERNATIONAL, INC., | § § § § | |
| Defendant. | § § § | |

**ORDER OF DISMISSAL**

Before the Court Plaintiff Roxanne Jones's notice of voluntary dismissal (Docket No. 6). Pursuant to Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **February, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE